UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NELSON ENRIQUE PINEDA
CARRILLO,

        Petitioner,

v.

        Case No. 3:26-cv-1457-JEP-SJH

WARDEN OF BAKER COUNTY,
DETENTION CENTER, et al.,

        Respondents.

_____

## **ORDER**

1.    The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **first-class mail** to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530. All costs of service shall be advanced by the United States.

2.    **As expeditiously as possible but no later than 11:00 am on June 5, 2026, Respondents shall file a notice advising where Petitioner**

**was detained at the time the petition was filed: June 3, 2026, at 6:31 pm.**[1]

3.    Petitioner's Emergency Motion for a Temporary Restraining Order (Doc. 2) is **TAKEN UNDER ADVISEMENT** pending confirmation of Petitioner's place of detention at the time the petition was filed.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2026.

 

 

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

 

 

c:
Counsel of Record
U.S. Attorney's Office secondary email (OPLAORLFEDLIT@ice.dhs.gov)

---

[1] While Petitioner alleges that he is confined at the Baker County Detention Center in Baker County, Florida, he also acknowledges that his transfer was imminent. (Doc. 1 at 6; *see* Doc. 2). The website for the United States Immigration and Customs Enforcement shows that Petitioner is housed in El Paso, Texas. *See* Online Detainee Locator System, ICE, available at https://locator.ice.gov/odls/#/search (last visited June 4, 2026).